# MISCELLANEOUS SUPREME COURT DISPOSITION

## BALLOT TITLE

### March 21, 2024

Kolmer v. Rosenblum (S070780). Petitioner filed a petition under ORS 250.085 seeking to challenge the Attorney General's certified ballot title for Proposed Initiative Petition No. 33 (2024) and to obtain a different ballot title. After review, the court determined that the Attorney General's certified ballot title for the proposed measure substantially complies with the requirements of ORS 250.035. ORS 250.085(5). Accordingly, the court rejects petitioner's challenge. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.